## Commonwealth ex rel. Moore, Appellant, v. Hendrick.

Submitted September 13, 1965. *Thomas J. Moore,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Parker, Appellant, v. Myers.

Argued September 14, 1965. *James J. Orlow,* with him *Orlow and Orlow,* for appellant; *Ted E. Freedman,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.